FISHER & PHILLIPS LLP
JENNIFER A. FORNETTI (NBN 7644)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LASHAWNDA SCALES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JONES HENDERSON ACQUISITION, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No: 2:26-cv-03464-GMN-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including December 11, 2026, to respond to Plaintiff's Complaint (ECF No. 1) on file herein. This Stipulation is submitted and based on the following:

1. Defendant JONES HENDERSON ACQUISITION, LLC was served on November 5, 2026.

2. Defendant is still investigating Plaintiff's allegations which includes significant claims, including punitive damages.

3. While reviewing Plaintiff's employment file, Defendant located a signed arbitration agreement. Defendant's counsel forwarded a copy of the arbitration agreement to Plaintiff's counsel for their review and consideration, along with a request to stipulate to arbitration.



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

4. To allow Plaintiff's counsel time to consider Defendant's request to stipulate to arbitration, and to potentially avoid the need for a motion to compel arbitration, the parties have agreed to extend Defendant's deadline to respond to the Complaint to December 11, 2026.

5. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

6. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 24th day of November 2026.

**SO STIPULATED.**

GREENBERG GROSS, LLP

*<u>/s/ Marian L. Massey</u>*
MATTHEW T. HALE, ESQ.
MARIAN L. MASSEY, ESQ.
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS LLP

*<u>/s/ Jennifer A. Fornetti</u>*
JENNIER A. FORNETTI, ESQ.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorney for Defendant*

**<u>ORDER</u>**

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2026



FP 60296768.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101